Gregory D. Miller
(Gregory.Miller@rivkin.com)
Jenna Z. Gabay
(Jenna.Gabay@rivkin.com)
Yale Leber
(Yale.Leber@rivkin.com )
**RIVKIN RADLER LLP**
21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
Telephone: (201) 287-2460
Facsimile:  (201) 489-0495

Charles B. Klein (admitted *pro hac vice*)
(CKlein@winston.com)
Claire A. Fundakowski (admitted *pro hac vice*)
(CFundakowski@winston.com)
**WINSTON & STRAWN LLP**
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

Bryce A. Cooper (admitted *pro hac vice*)
(BCooper@winston.com)
Saranya Raghavan (admitted *pro hac vice*)
(S.Raghavan@winston.com)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-3737
Facsimile:  (312) 558-5700

*Attorney for Plaintiffs,
Sun Pharmaceutical Industries Ltd. and
Ranbaxy Signature, LLC*

Robert J. Fettweis
(rfettweis@flemingruvoldt.com)
Jennifer D. Katz
(jkatz@flemingruvoldt.com)
**FLEMING RUVOLDT PLLC**
250 Moonachie Road
Moonachie, New Jersey 07074
Telephone: (201) 518-7878

Huong T. Nguyen (admitted *pro hac vice*)
(huong@litwinlawfirm.com)
**LITWIN LAW**
490 43rd Street
Oakland, California 94609
Telephone: (415) 805-1476

*Attorneys for Defendant,
VistaPharm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES LTD. and RANBAXY SIGNATURE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>VISTAPHARM, INC.<br><br>Defendant. | ███████████<br><br>C.A. No. 2:19-cv-07536-SRC-CLW<br><br>Honorable Stanley R. Chesler, U.S.D.J.<br>Honorable Cathy L. Waldor, U.S.M.J. |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Sun Pharmaceutical Industries Ltd. and Ranbaxy Signature, LLC (collectively, "Sun" or "Plaintiffs") and Defendant VistaPharm, Inc. ("VistaPharm") hereby stipulate, subject to the approval and order of the Court, as follows:

1. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2. ███████████████████████████████████████████████████████████████████████████████

3. All claims, defenses, and counterclaims brought in C.A. No. 2:19-cv-07536-LPS are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a).

4. ███████████████████████████████████████████████████████████████████████████████

2

3

███████████████████████████████████████████████████████████

████████████████████

5. Each party bears its own costs, expenses and attorneys' fees.

6. The Court retains jurisdiction over Sun and VistaPharm for the limited purpose of enforcing the terms of this stipulation.

Dated: August 21, 2019

<div style="column-count:2">

*/s Gregory D. Miller*
  Gregory D. Miller
  (Gregory.Miller@rivkin.com)
  Jenna Z. Gabay
  (Jenna.Gabay@rivkin.com)
  Yale Leber
  (Yale.Leber@rivkin.com )
  **RIVKIN RADLER LLP**
  21 Main Street, Court Plaza South
  West Wing, Suite 158
  Hackensack, NJ 07601-7021
  Telephone: (201) 287-2460
  Facsimile:  (201) 489-0495

  Charles B. Klein (admitted *pro hac vice*)
  (CKlein@winston.com)
  Claire A. Fundakowski (admitted *pro hac vice*)
  (CFundakowski@winston.com)
  **WINSTON & STRAWN LLP**
  1700 K Street, NW
  Washington, DC 20006
  Telephone: (202) 282-5000
  Facsimile:  (202) 282-5100

  Bryce A. Cooper (admitted *pro hac vice*)
  (BCooper@winston.com)
  Saranya Raghavan (admitted *pro hac vice*)
  (S.Raghavan@winston.com)
  **WINSTON & STRAWN LLP**
  35 W. Wacker Drive
  Chicago, IL 60601
  Telephone: (312) 558-3737
  Facsimile:  (312) 558-5700

*Attorney for Plaintiffs Sun Pharmaceutical Industries Ltd. and Ranbaxy Signature, LLC*

*/s Robert J. Fettweis*
  Robert J. Fettweis
  (rfettweis@flemingruvoldt.com)
  Jennifer D. Katz
  (jkatz@flemingruvoldt.com)
  **FLEMING RUVOLDT PLLC**
  250 Moonachie Road
  Moonachie, New Jersey 07074
  Telephone: (201) 518-7878

  Huong T. Nguyen (admitted *pro hac vice*)
  (huong@litwinlawfirm.com)
  **LITWIN LAW**
  490 43rd Street
  Oakland, California 94609
  Telephone: (415) 805-1476

*Attorneys for Defendant, VistaPharm, Inc.*

</div>

**SO ORDERED** this _____ day of _____, 2019.

                                                    _____
                                                    Honorable Stanley R. Chesler, U.S.D.J.